AO 440 (Rev. 01/09) Summons in a Civil Action – MIWD (Rev. 10/12)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

UUSI, LLC, D/B/A NARTRON

v.

SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.

Case No. 1:15-cv-146
Hon. Janet T. Neff

TO: SAMSUNG ELECTRONICS AMERICA, INC.
ADDRESS: The Corporation Company
30600 Telegraph Rd Ste. 2345
Bingham Farms, MI 48025-5720

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 229 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Sheila Elaine Eddy
Smith Haughey Rice & Roegge PC
100 Monroe Center, NW
Grand Rapids, MI 49503-2802

TRACEY CORDES, CLERK OF COURT



By: Deputy Clerk

February 17, 2015
Date

## PROOF OF SERVICE

This summons for __SAMSUNG ELECTRONICS AMERICA, INC.__ was received by me on __5/25/15__

☐ I personally served the summons on the individual at _____ on _____ (place where served)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.

☑ I served the summons on __The Corporation Company__, who is designated by law to accept service of process on behalf of __Samsung Electronics America Inc__ on __5/26/15__

☐ I returned the summons unexecuted because _____

☐ Other (specify) _____

My fees are $ __25.00__ for travel and $ __100.00__ for services, for a total of $ __125.00__

I declare under the penalty of perjury that this information is true.

Date: __5/26/15__

Server's signature

Brian Schuett
Server's printed name and title

7183 N. Main St Ste S, Clarkston MI 48346
Server's address

Additional information regarding attempted service, etc.:

ROBERT ALLEN Cichewicz
Notary Public - Michigan
St Clair County
My Commission Expires Jun 8, 2020
Acting in the County of __OAKLAND__

Subscribed & Signed Sworn on 5/26/2015