UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UUSI, LLC,

    Plaintiff,

v.

    Case No. 1:15-cv-146

SAMSUNG ELECTRONICS CO., LTD.,
et al.,

    HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## NOTICE AND ORDER

On November 1, 2024, the magistrate judge issued an order directing non-party Texas Instruments to file a brief in order to resolve a motion for leave to file a document under seal (ECF No. 196).  On December 5, 2024, Texas Instruments filed the brief (ECF No. 198).  The following day, the magistrate judge granted leave to file the document under seal (ECF No. 199).  To date, no party as filed an appeal to the undersigned of the magistrate judge's order.

The undersigned gives notice to the parties that under 28 U.S.C. § 455(b)(4), due to common stock ownership, I have a potential conflict of interest with non-party Texas Instruments.  Because Texas Instruments is not a party to the case and no appeal of the magistrate judge's order has been filed, I am not convinced that recusal from this case is necessary at this time.  However, the parties should be made aware of this circumstance and afforded the opportunity to respond.  Accordingly, each party may file a motion for recusal by January 17, 2025.

**IT IS SO ORDERED**.

Dated:  January 7, 2025                /s/ Paul L. Maloney
                                                                    Paul L. Maloney
                                                                    United States District Judge