UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UUSI, LLC,

        Plaintiff,                     Case No. 1:15–cv–00146–PLM–SJB

    v.                              Hon. Paul L. Maloney

SAMSUNG ELECTRONICS CO., LTD., et
al.,

        Defendants.
_____/


## <u>NOTICE OF HEARING CANCELLATION</u>


        The hearing regarding Defendants' motion to dismiss [160] set in this matter for **January 22, 2025** is hereby **CANCELLED. The hearing shall be rescheduled to a date to be determined.**


                              PAUL L. MALONEY
                              United States District Judge

Dated:  January 22, 2025     By:   /s/ Amy C. Redmond_____
                                  Case Manager