UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UUSI, LLC,

       Plaintiff,                    Case No. 1:15−cv−00146−PLM−SJB

    v.                                  Hon. Paul L. Maloney

SAMSUNG ELECTRONICS CO., LTD., et al.,

       Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

Motion(s):         Motion to Dismiss/Lack of Jurisdiction − #160
Date/Time:        February 28, 2025   10:00 AM
District Judge:    Paul L. Maloney
Place/Location:   174 Federal Building, Kalamazoo, MI

                                                PAUL L. MALONEY
                                                United States District Judge

Dated:  January 30, 2025        By:   /s/ Amy C. Redmond
                                                 Case Manager