UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:**  UUSI, LLC v. Samsung Electronics Co., Ltd., et al

**Case Number:**  1:15-cv-146
**Date:**  March 4, 2025
**Time:**  10:06 a.m. – 11:38 a.m.
**Place:**  Kalamazoo
**Judge:**  Paul L. Maloney

**APPEARANCES**

    Plaintiff:    Lawrence M. Hadley and E. Thomas McCarthy (appearing remotely)

    Defendants:    Daniel Patrick Shanahan, Adam Harber, Thaddeus E. Morgan, Jared A. Roberts, and Andrew Martin (appearing remotely)

**PROCEEDINGS**

Nature of Hearing:  Hearing on defendants' motion to dismiss (ECF No. 160); motion taken under advisement, opinion and order to issue

Court Reporter: Lauret Henry    Case Manager: Amy Redmond