UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UUSI, LLC,

    Plaintiff/Counter-Defendant,

v.

SAMSUNG ELECTRONICS
CO., LTD, *et al.*,

    Defendants/Counter-Claimants.
_____/

Case No. 1:15-cv-146

HON. PAUL L. MALONEY

## JUDGMENT

In accordance with the Opinion and Order entered this day,

Judgment is entered in favor of Defendants and against Plaintiff, dismissing all claims for lack of standing.


Dated:  March 14, 2025

    /s/ Paul L. Maloney
PAUL L. MALONEY
United States District Judge